# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-14-00240-CV

| | | |
|---|---|---|
| Henry Rahmani and Rahmani Management, LLC | § | From the 96th District Court |
| | § | of Tarrant County (96-241990-09) |
| v. | § | May 7, 2015 |
| Dan Banet | § | Opinion by Justice Charles Bleil |

## JUDGMENT ON REHEARING

After reviewing Appellant Henry Rahmani and Rahmani Management, LLC's motion for rehearing, we deny the motion. We withdraw our March 26, 2015 opinion and substitute the following. This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is modified to delete the $35,000 award against appellant Henry Rahmani, and we reverse the portion of the judgment awarding attorney's fees to appellee Dan Banet and remand that portion of the case for a new trial in light of our modification to the judgment. We affirm the remainder of the judgment as modified.

It is further ordered that appellee shall bear the costs of this appeal, for which let execution issue.  *See* Tex. R. App. P. 43.4; *see also* Tex. R. Civ. P. 139.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Charles Bleil_____
  Justice Charles Bleil